RECEIVED

NOV 0 5 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:24-cr-72 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DAVID ANTHONY TUMEA, | ) | T. 18 U.S.C. § 1446A(b)(1) |
| | ) | T. 18 U.S.C. § 1446A(d)(4) |
| | ) | T. 18 U.S.C. § 1467 |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Possession of Child Pornography)

From on or about July 26, 2024, until on or about August 13, 2024, in the Southern District of Iowa, the defendant, DAVID ANTHONY TUMEA, knowingly possessed material – namely, a Gray Double Sided Flash Drive, a 64 GB Micro SD Card, and a Blue Motorola Edge Plus 5G (2022) –that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not yet attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone, and such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Possession of Obscene Visual Representation of the Sexual Abuse of Children)**

From on or about July 26, 2024, until on or about August 13, 2024, in the Southern District of Iowa, the defendant, DAVID ANTHONY TUMEA, did knowingly possess one or more visual depictions of any kind, including a drawing, cartoon, sculpture, or painting, namely: computer generated AI images, that depicts a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which is obscene.

This is a violation of Title 18, United States Code, Section 1466A(b)(1) and (d)(4).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, DAVID ANTHONY TUMEA, shall forfeit to the United States the defendant's interest in the following property:

A. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

B. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

1. A Gray Double Sided Flash Drive,
2. A 64 GB Micro SD Card, and
3. A Blue Motorola Edge Plus 5G (2022).

This is pursuant to Title 18, United States Code, Section 2253.

3

**THE GRAND JURY FURTHER FINDS:**

**SECOND NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 2 of this Indictment, the defendant, DAVID ANTHONY TUMEA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, his interest in:

a. any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

b. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, if the court, in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in such offense.

This is pursuant to Title 18, United States Code, Section 1467.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney

4